IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **RODNEY D. LOWERY,** | : |
| **Plaintiff** | : |
| v. | :    CASE NO. 7:04-CV-110 (HL) |
| **JO ANNE B. BARNHART,**<br>**Commissioner of Social Security,** | : |
| **Defendant** | : |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 20) filed January 25, 2006 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

Plaintiff's Objections to the Magistrate's Recommendation (Doc 21) filed February 2, 2006 has also been carefully read and considered and is found to be without merit.

**SO ORDERED,** this the 27th day of February, 2006.

                                                               s/ Hugh Lawson
                                                               **HUGH LAWSON, Judge**
                                                               **United States District Court**